IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER LOUIS STETTNER,
    Petitioner,

vs.                                        Case No.: 3:12cv527/RV/EMT

SECRETARY, DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

# **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 15, 2013 (doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Respondent's motion to dismiss (doc. 19) is **GRANTED**.

    3.     The amended petition for writ of habeas corpus (doc. 4) is **DISMISSED** with prejudice as untimely.

    4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 14th day of November, 2013.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**